ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2022 DEC 14 PM 1:03

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| DONALD DAVIS GIPSON (01) | 4-22CR-367-O |
| INDICTMENT | |

The Grand Jury Charges:

## Count One
### Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8))

On or about September 27, 2022, in the Fort Worth Division of the Northern District of Texas, the defendant **Donald Davis Gipson**, having been convicted of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, and knowing that he had been convicted of such an offense, did knowingly possess in and affecting interstate and foreign commerce the following firearm: a Lorcin Engineering, .25 caliber pistol, bearing serial number 142148.

In violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8).

Indictment—Page 1

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **Donald Davis Gipson**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to, the following: a Lorcin Engineering, .25 caliber pistol, bearing serial number 142148, and all accompanying magazines, ammunition, and accessories.

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile:  817-252-5455
Email: Levi.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

DONALD DAVIS GIPSON (01)

INDICTMENT

18 U.S.C. § 922(g)(1) and § 924(a)(8)
Possession of a Firearm by a Convicted Felon
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

FORT WORTH                                              FOREPERSON

Filed in open court this 14th day of December, 2022.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-807-BJ